IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ASHLAND INC., a Kentucky Corporation, | § § § | No. 293, 2017 |
| Plaintiff Below, Appellant, | § § | |
| v. | § § | Court Below: Superior Court of the State of Delaware |
| | § | |
| NEXEO SOLUTIONS, LLC, f/k/a TPG ACCOLADE, LLC, a Delaware Limited Liability Company, | § § § | C.A. No. N14C-07-243 EMD CCLD |
| Defendant Below, Appellee. | § § § | |

Submitted: January 24, 2018
Decided: January 31, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

This 31st day of January 2018, upon consideration of the parties' briefs and the record below, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its thorough decision dated June 21, 2017.[1]

---

[1] *Ashland Inc. v Nexeo Solutions LLC, f/k/a TPG Accolade*, *LLC*, C.A. No. N14C-07-243 EMD CCLD (Super. Ct. June 21, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice